**FILED**
JUN 22 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Name and Prisoner/Booking Number: Timothy Bailey #18102-041
Place of Confinement: United States Penitentiary
Mailing Address: P.O. Box 1002
City, State, Zip Code: Thomson, IL 61285

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Timothy Jerome Bailey
(Full Name of Plaintiff)
        Plaintiff,

v.

(1) T. Cox
(2) W. Gunn
(3) J. Mejic
(4) Ruenmos, Jr.
(Full Name of Defendant)
        Defendant(s).
☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:22-CV00757-SAB (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

Jury Trial Demanded

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☑ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: USP Atwater

**RECEIVED**
JUN 22 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Attachment, (A) DEFENDANT (1A)

(5) J. Zaragoza
(0) L. Hernedez

## B. DEFENDANTS

1. Name of first Defendant: __T. Cox__
   __Correctional Officer__ at __USP, Atwater__.
   (Position and Title)                    (Institution)
   The first Defendant is employed as:

2. Name of second Defendant: __W. Gunn__
   __Correctional Officer__ at __USP, Atwater__.
   (Position and Title)                    (Institution)
   The second Defendant is employed as:

3. Name of third Defendant: __J. Mejia__
   __Correctional Officer__ at __USP, Atwater__.
   (Position and Title)                    (Institution)
   The third Defendant is employed as:

4. Name of fourth Defendant: __J. Zaragoza__
   __Lieutenant__ at __USP, Atwater__.
   (Position and Title)                    (Institution)
   The fourth Defendant is employed as:

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2. If yes, how many lawsuits have you filed? __0__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

Attachment (2A)

(5) L. Hernedez, Correctional officer at USP Atwater

Attachment (2B)

(6) Ruenmos, Jr. Correctional officer at USP Atwater

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: <u>Eighth Amendment, misuse of force by cruel and unusual punishments</u>

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☑ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each** Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On April 13 (2021) around 8:30 AM i was physically and sexually assaulted by (2) correctional officers at (USP Atwater) while in hand restraints. The assault started when officer Hernadez and T. Cox slammed me on the ground for no reason, then i was brought to a holding cell were the assault continued, when a third officer entered and banged my head against the wall while the first two officers held each arm while still in hand restraints. I was then brought to another holding cell were i was beatin and sexually assaulted by (6) officers in total, this assault lasted for over 2 minutes while still in hand restraints. I was kicked and punched in the head and body area by cell (6) officers repeatedly while one officer squeezed my genitals while saying how does this feel nigger. Officers involved in the physical assault where, Lt. Zaragoza, T. Cox, Reammos JR, W. Bunn, L. Hernadez and J. Mejia who was responsible for the sexual assault.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   My injurys consist of a deep gash above my left eye, swolling face and head, brused ribs, reinjured fractured hand, severe genital pain and lacerations to top and bottom lips

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim I?   ☐ Yes   ☑ No
   c. Did you appeal your request for relief on Claim I to the highest level?   ☐ Yes   ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. At (USP Atwater) staff denied my request to administration remedy forms violating (FBOP) policys and procedures

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: **Eighth Amendment**

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - [ ] Basic necessities
   - [x] Mail
   - [ ] Access to the court
   - [ ] Medical care
   - [ ] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [x] Retaliation
   - [ ] Excessive force by an officer
   - [ ] Threat to safety
   - [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Staff/personnel retaliated against me for filing complaints, my safety and life was threatin countless of times, i was harassed daily, my food was being tampered with daily, i was force to hunger strike for 8 days, my out going and institutional mail was tampered with and thrown away, was kept in a dry cell for 90 days in paper clothing and beding, with urine and feces on the walls and floor deprived of a hot shower; no higene or sanitation materials, sanctioned to false incident reports, i suffered mental and physical health, im still having night mares from the assault and fear for my life and safety when im approach and restrained by correctional personnel

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Physical health, mental health issues, fear of safety and life, forced to go on hunger strike harassed daily, false incident reports, mail tampering - out going and institutional, no showers, proper beding nor clothing

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [x] Yes [ ] No
   b. Did you submit a request for administrative relief on Claim II? [x] Yes [ ] No
   c. Did you appeal your request for relief on Claim II to the highest level? [ ] Yes [x] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Administration at USP Atwater threw away or ignored my complaints

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: __Eighth Amendment__

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☑ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   After the assault, I was harassed and threatin for filing complaints against the administration at USP Atwater, I feared for my life and safety do to retaliations, my complaints were ignored, and my administrative remedy were thrown away by staff/personnel at USP Atwater. I notified the warden, AW, SIA, SIS, Cpt, psychology, medical personnel, but all of the above ignored my request for help, my food was tampered with and I went on hunger strike for 8 days but this matter was not reported to the regional directors office, while staff wrote false documentations on the matter

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Mental stress, depression, anxiety, physical health, fear for life and safety, food tempering

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim III?   ☑ Yes   ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?   ☐ Yes   ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Still waiting on administrative remedy request forms from case manager

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I'm seeking 10,000,000 in relief for the physical Sexual assault that took place, including harassment, retaliation, being placed in a dry cell for 90 days with paper clothing and beding, with Feces and urine on the walls and floors without the use of shower, staff tampering with my mail and food, cold temperature in cell without proper beding or clothing

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/15/22
DATE

Timeothey Bailey
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6

# UNITED STATES DISTRICT COURT

Timothy Jerome Bailey

Plaintiff

V.                                    Civil Case No:

Officer T. Cox
       et al.

Defendant(s)

## PLAINTIFF'S DECLARATION IN SUPPORT OF CIVIL RIGHTS COMPLAINT

COMES NOW Plaintiff's Declaration in support of said above title, pro-se, to this Honorable Court with statements as follows:

1.) Plaintiff hereby declares that he was physically and sexually assaulted by six (6) Correctional Officers at (U.S.P Atwater) Federal Facility on (April 13, 2021) at or around 08:30 am during a meck cell out.

2.) Plaintiff hereby declares that incident occurred when defendant officer Hernadez and defendant officer T. Cox was moving plaintiff from the holding tank and began to harrass the plaintiff while escorting plaintiff down the range to which without provocation said defendants

assaulted the plaintiff by slamming the plaintiff on the ground immediately injuring the plaintiff's right side, then left side of his face. (audio and video recording shows, incident")

3) plaintiff hereby declares that once defendant(s) Hernadez and T. Cox started their assualt, a third officer J. Mejia approached plaintiff from the back and slammed the plaintiff's face and head against the wall by Plaintiff's hair while the other above mention defendant(s) held the plaintiff up by his arms that were in full restraints behind his back (audio and video recording shows incidents").

4.) plaintiff hereby declares that when this assualt was conducted defendant(s) then escorted the plaintiff to a seperate holding range/cell where he was once again assualted by being beaten and sexually assualted where as the above mention defendant(s) kicked and punched the plaintiff after slamming him against the wall and on the cell floor, three (3) more defendant(s) came into the the holding cell being, Lieutenant Zaragoza, officer Ranmos Jr. and officer W. Gunn to which assisted the assualt while plaintiff was still in full restraints (audio and video recording shows this incident occurred).

5. plaintiff hereby declares that after the incident occur he serval means of retaliction whereas he was refused adequate medical and mental health treatment to which the medical analysis was conducted on hand held video directly after incident,

(6.) Plaintiff hereby declares that he suffered severe forms of harrassment, whereas his food trays was tampered with, having spittle with chewing tobacco inside food for several days on end until plaintiff was forced to go on a hunger strike that was not truthfully documented by staff/personnel, and was afraid to consume tobacco and cleaning supplies that said defendants and their fellow employees were playing in plaintiffs food.

(7.) plaintiff hereby declares that once he notified psychlogy of the ongoing harrassment, psychology refused his complaint and caused the plaintiff to be housed in a unsanitary environment, where there was feces on the wall and urine on the floors of the cell, this housing was approximately ninty days. audio and video record of psychological observation cell show this incident did occur starting on day of said incident")

8.) plaintiff hereby declares that after being released from the observation cell he was threaten to not report nor notify any superior channel about the incident or he would suffer similiar eighth amendment violation to his person being cruel and unusual punishment by suffering unnecessary and wanton infliction of pain at the torture and abuse of the defendant(s)

### Conclusion

plaintiff ask of this court to consider a poligraph test of each defendant, along with the request and subpeona of all video/surveillance footage of said events.

I, the plaintiff hereby declare under the penalty of perjury that this is a true and correct copy of the above events.

Respectfully submitted
Timothy Bailey
Timothy Bailey #18102-041
United States penitentiary
P.O. Box 1002
Thomson, IL 61285