UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BAILEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>T. COX, et al.,<br><br>　　　　　Defendants. | Case No.: 1:22-cv-00757-JLT-SAB (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMEDATIONS, AND DIRECTING CLERK OF COURT TO GRANT PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF Nos. 2, 5) |

　　　　Plaintiff Timothy Bailey is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Plaintiff filed the instant action on June 22, 2022, along with a motion to proceed in forma pauperis.

　　　　On June 28, 2022, the Court issued Findings and Recommendations recommending that Plaintiff's motion to proceed in forma pauperis be denied.  (ECF No. 5.)  Plaintiff filed timely objections on July 11, 2022.  (ECF No. 7.)  In his objections, Plaintiff submits evidence that the current balance in his prison trust account is $343.22, and Plaintiff requests that his request to proceed in forma pauperis be granted.  (Id.)  In light of Plaintiff's objections reflecting that the current balance in his trust account is $343.22, the Court will vacate the Findings and Recommendations and by way of separate order grant his motion to proceed in forma pauperis.

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations issued on June 28, 2022 9ECF No. 5) are VACATED; and
2. The Clerk of Court shall grant Plaintiff's motion to proceed in forma pauperis filed on June 22, 2022 (ECF No. 2).

IT IS SO ORDERED.

Dated:  **July 13, 2022**

UNITED STATES MAGISTRATE JUDGE