# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BAILEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. COX, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-00757-JLT-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S RESPONSE TO COURT'S FEBRUARY 9, 2023, ORDER TO SHOW CAUSE<br><br>(ECF No. 21) |

Plaintiff Timothy Bailey is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).

This action proceeds on Plaintiff's excessive force claim against Defendants Zaragoza, Cox, Runmos, Jr., Gunn, Hernedez, and Mejia, and sexual assault claim against Defendant Mejia.

On October 28, 2022, the Court forwarded Plaintiff the necessary service of process forms for completion and return within thirty days. (ECF No. 12.)

On December 14, 2022, after Plaintiff returned the completed service of process forms, the Court issued an order directing service on Defendants Zaragoza, Cox, Runmos, Jr., Gunn, Hernedez, and Mejia by the United States Marshal. (ECF No. 16.)  On February 8, 2023, the United States Marshal returned the service of process form indicating that Defendant L. Hernedez could not be served with the information that Plaintiff provided.  (ECF No. 19.)

Therefore, on February 9, 2023, the Court ordered Plaintiff to show cause why Defendant L. Hernedez should be dismissed for failure to provide sufficient information to effectuate service of process. (ECF No. 21.)

On March 6, 2023, Plaintiff filed a response to the order to show cause. (ECF No. 23.) Plaintiff states that due "to insufficient information regarding defendant Hernedez in this civil case, plaintiff ask this honorable court to add defendant J. Leyva Mendez to the complaint, to be served service of process in this civil complaint." (ECF No. 23.)

Plaintiff is advised that he cannot simply add a Defendant to this action in place of another Defendant. Indeed, J. Leyva Mendez was not named in Plaintiff's complaint filed in this action, and there is no basis upon which to serve this individual. It is unclear from Plaintiff's filing whether he has an additional information relating to the identity of Defendant Hernedez to facilitate with service of process. Accordingly, it is HEREBY ORDERED that Plaintiff is granted twenty (20) days from the date of service of this order to provide additional information as to the identify of Defendant Hernedez, if he is available to do so.

IT IS SO ORDERED.

Dated:   **March 7, 2023**

UNITED STATES MAGISTRATE JUDGE