# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BAILEY,<br><br>    Plaintiff,<br><br>    v.<br><br>T. COX, et al.,<br><br>    Defendants. | Case No. 1:22-cv-00757-JLT-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING<br><br>(ECF No. 25) |

    Plaintiff Timothy Bailey is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).

    On March 23, 2023, Defendants, by way of special appearance, filed a request to extend the time to file a responsive pleading to allow the United States to arrange for representation and the filing of a response.

    Good cause having been presented, it is HEREBY ORDERED that Defendants are granted **sixty (60)** days from the date of service of this order to file a response to the operative complaint.

IT IS SO ORDERED.

Dated: __March 27, 2023__

                                                            UNITED STATES MAGISTRATE JUDGE