# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BAILEY,<br><br>    Plaintiff,<br><br>    v.<br><br>T. COX, et al.,<br><br>    Defendants. | Case No. 1:22-cv-00757-JLT-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AS MOOT<br><br>(ECF No. 31) |

Plaintiff Timothy Bailey is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).

Currently before the Court is Plaintiff's motion for leave to file an amended complaint, filed April 24, 2023. Plaintiff seeks to amend the complaint to substitute Defendant J. Levya Mendez in place of Defendant L. Hernedez. (ECF No. 31.) Inasmuch as Defendant J. Levya Mendez was substituted in place of Defendant L. Hernedez on April 20, 2023 (ECF No. 30), at Plaintiff's request, his current motion to amend the complaint is denied as moot.

IT IS SO ORDERED.

Dated:  **April 25, 2023**

_____
UNITED STATES MAGISTRATE JUDGE