UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BAILEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>T. COX, et al.,<br><br>　　　　　　Defendants. | No. 1:22-cv-00757-JLT-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR COPY<br><br>(ECF No. 42) |

Plaintiff Timothy Bailey is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971).

Currently before the Court is Plaintiff's request for a copy of Defendants' motion to dismiss, filed August 9, 2023. Plaintiff contends that he has not yet received a copy of Defendants' motion due to his transition at his current facility. (ECF No. 42.)

Plaintiff is advised that the Court does not ordinarily provide free copies of case documents to parties. The Clerk of Court charges $.50 per page for copies of documents. <u>See</u> 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk Office at this Court upon written request and prepayment of the copy fees. The fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does not entitle him to free copies of documents from the Court. Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without costs to an

1

indigent plaintiff except by order of the judge. However, in this interest of justice and judicial efficiency, the Court will grant a one-time exception and provide Plaintiff a copy of Defendants' pending motion to dismiss in order to file an opposition.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court shall send Plaintiff a copy of Defendants' motion to dismiss filed on May 25, 2023;
2. Plaintiff shall file an opposition on or before September 10, 2023; and
3. No further extension of time will be granted absent extraordinary circumstances, not present here.

IT IS SO ORDERED.

Dated:   **August 10, 2023**

UNITED STATES MAGISTRATE JUDGE