**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY BAILEY,<br><br>            Plaintiff,<br><br>      v.<br><br>T. COX, et al.,<br><br>            Defendants. | No.  1:22-cv-0757 JLT SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS GRANTING DEFENDANTS' MOTION TO DISMISS AND DENYING PLAINTIFF'S MOTION TO AMEND<br><br>(Docs. 36, 47, 49) |

Timothy Bailey seeks to hold the defendants liable for violations of his civil rights pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971).  Defendants moved to dismiss the complaint, and Plaintiff requested leave to amend his complaint after the motion was fully briefed.  (Docs. 36, 47.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The assigned magistrate judge found Plaintiff failed "to state a cognizable claim for relief," and recommended Defendants' motion to dismiss be granted. (Doc. 49 at 12.)  In addition, the magistrate judge recommended Plaintiff's motion to amend be denied, because Plaintiff did "not address nor present claims that would be allowed to proceed by way of *Bivens*" and leave to amend would be futile.  (*Id.*)  The  Court served the Findings and Recommendations on Defendants electronically, and the Assistant United States Attorney served a copy on Plaintiff after he filed a notice of change of address.  (Doc. 51.)  The Findings and Recommendations

1

contained a notice that any objections were due within 14 days. (Doc. 49 at 12.) No objections were filed, and the time to do so expired.

According to 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court performed a de novo review of this case. Having carefully reviewed the entire file, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on October 19, 2023 (Doc. 49) are **ADOPTED** in full.
2. Defendants' motion to dismiss filed on May 25, 2023 (Doc. 36) is **GRANTED**.
3. Plaintiff's motion to amend (Doc. 47) is **DENIED** as moot.
4. The Clerk of Court shall close this case.

IT IS SO ORDERED.

Dated:   **December 19, 2023**

UNITED STATES DISTRICT JUDGE

2